UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FUTOUN ZADH,<br><br>               Plaintiff,<br><br>   v.<br><br>JAMES FLETCHER,<br><br>               Defendant. | CASE NO. C17-956-TSZ<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 2) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 23rd day of June, 2017.

                                                        _____
                                                        BRIAN A. TSUCHIDA
                                                        United States Magistrate Judge