UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FUTOUN ZADH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES FLETCHER, et al., <br><br> Defendants. | C17-956 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulated Motion for Leave to Amend the Complaint, docket no. 11, is GRANTED. Plaintiffs shall electronically file the Amended Complaint via the Case Management and Electronic Case Filing ("CM/ECF") system within seven (7) days of the date of this Minute Order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of July, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1